UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Patrick L. Davis,

                Plaintiff,                Civil Case No.11-2573 (SRN/TNL)

v.

                                    **ORDER OF DISMISSAL**

Allied Interstate, LLC,

                Defendant.

_____

      Based upon the Notice of Voluntary Dismissal filed by the plaintiff on September 29, 2011 [Docket No. 3],

      **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby dismissed in their entirety, on the merits and with prejudice.   Each party shall bear their own costs and attorneys' fees.

      LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: September 30, 2011


                                               s/Susan Richard Nelson
                                              Susan Richard Nelson
                                              United States District Judge